UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL AMAYA-ESPARZA,<br><br>    Petitioner,<br>vs.<br><br>LINDA SANDERS, WARDEN LOMPOC FCC,<br><br>    Respondent. | Case No. CV 08-7519-VAP(RC)<br><br>JUDGMENT |

  Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

  IT IS ADJUDGED that the petition for writ of habeas corpus and action are summarily DISMISSED for lack of subject matter jurisdiction.

DATE: December 1, 2008

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-7519.jud
11/25/08